# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VICTORIA SKOWRONSKI    Case Number: 06-71618
16 WEST WASSON ROAD, LOT 148    SSN-xxx-xx-8617
AMBOY, IL  61310

Case filed on: 9/5/2006
Plan Confirmed on: 11/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,909.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 1,123.88 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 1,123.88 | 0.00 |
| 003 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VICTORIA SKOWRONSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST NATIONAL BANK IN AMBOY | 2,544.11 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO AUTO FINANCE | 8,438.21 | 8,438.21 | 0.00 | 761.52 |
| 022 | MEADOWS MOBILE HOME PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 10,982.32 | 8,438.21 | 0.00 | 761.52 |
| 002 | UNITED CONSUMER FINANCIAL SERVICES | 791.35 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAREMARK THERAPEUTIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAREMARK THERAPEUTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST NATIONAL BANK / MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,526.56 | 1,526.56 | 197.18 | 0.00 |
| 012 | JACQUELIYN D. ACKERT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JOE P. HOCHSTATTER DMD LLC | 234.43 | 234.43 | 15.53 | 0.00 |
| 014 | KIRKLAND FAMILY CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KIRKLAND FAMILY CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MEDICAL ARTS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MERRICK BANK | 768.68 | 768.68 | 99.29 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 860.00 | 860.00 | 111.08 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 876.35 | 876.35 | 113.19 | 0.00 |
| 021 | RRCA ACCOUNTS MANAGEMENT INC | 540.84 | 540.84 | 69.85 | 0.00 |
| 023 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 981.40 | 981.40 | 126.76 | 0.00 |
| 025 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 877.78 | 877.78 | 113.37 | 0.00 |
| | Total Unsecured | 7,457.39 | 6,666.04 | 846.25 | 0.00 |
| | Grand Total: | 20,939.71 | 17,604.25 | 1,970.13 | 761.52 |

Total Paid Claimant:    $2,731.65
Trustee Allowance:    $177.35
Percent Paid Unsecured:    12.69

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan